A0442 (Rev. 10/03) Warrant for Arrest

CR08-1324-LRR

# UNITED STATES DISTRICT COURT

RECEIVED
U.S. MARSHAL
08 SEP -9 AM 9:45
N/IA
CEDAR RAPIDS

_____NORTHERN_____ DISTRICT OF _____IOWA_____

UNITED STATES OF AMERICA
V.
KARINA FREUND

**WARRANT FOR ARREST**

Case Number: 08-MJ-326

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____KARINA FREUND_____

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

aiding and abetting the harboring of undocumented aliens

in violation of Title __8__ United States Code, Section(s) __1324(a)__ and
in violation of Title _18_ United States Code, Section(s) _2_

_/s/ [signature]_
Name of Issuing Officer

_U.S. Magistrate Judge_
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

_September 8, 2008_      Cedar Rapids, Iowa
Date and Location

**RETURN**

Suspect arrested by _ICE_

This warrant was received and executed with the arrest of the above-named defendant at    Agency Name

on _9-9-08_ in the Northern District of Iowa

| DATE RECEIVED 9-8-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-9-08 | | |

_[signature]_
USMS Signature

Case 2:08-cr-01324-JSS   Document 4   Filed 09/18/08   Page 1 of 1