IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN/DUBUQUE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 08-1324 LRR |
| vs. | ) | |
| BRENT BEEBE, | ) | |
| Defendant. | ) | |

## SECOND REQUEST FOR NOTICE OF ALIBI

Pursuant to Rule 12.1(a), F.R.Cr.P., the United States requests notice of alibi, if any, as specified below. The United States requests information upon which defendant BRENT BEEBE may rely to place him other than at the office area at Agriprocessors, Inc., in Postville, Iowa, on May 11, 2008, between about 11:00 a.m. and 9:30 p.m.

Defendant's conduct on the date and time and at the place identified above, among other conduct, constituted the commission of the offenses charged in Counts 1 and 59-74 of the Indictment. That is, by virtue of defendant's conduct at that place and time, among other conduct, defendant personally harbored aliens, and aided and abetted others in harboring aliens, as charged in Counts 59 through 72 of the Indictment. By virtue of the same conduct, among other conduct, defendant also conspired with others to harbor aliens as charged in Count 1. By virtue of the same conduct, among other conduct, defendant aided and abetted document fraud as charged in Count 73, and conspired to commit document fraud as charged in Count 74.

Respectfully submitted,

MATT M. DUMMERMUTH
United States Attorney

By, s/Peter E. Deegan, Jr.

PETER E. DEEGAN, JR.
Assistant United States Attorney
401 1st Street, SE, Suite 400
Cedar Rapids, IA  52401
319-363-6333/319-363-1990 (Fax)
Peter.Deegan@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on July 1, 2009.

UNITED STATES ATTORNEY

BY:   s/ S. Van Weelden

COPIES TO: Counsel of Record