# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. SHOLOM RUBASHKIN, Defendant. | No. 08-CR-1324-LRR <br><br> **ORDER TO SHOW CAUSE** |

_____

The matter before the court is the government's motion for order to show cause (docket no. 1008). The government filed such motion on September 13, 2013.

All parties must comply with the directives and rules of the court. This includes directives that were orally given by the court and the local rules, which includes Local Rule 47. Such rule, which is made applicable to criminal cases by Local Criminal Rule 24.1, provides, in its entirety:

> Except by leave of court, no party or lawyer, and no other person acting on their behalf, may contact, interview, examine, or question any trial juror or potential trial juror before, during, or after a trial concerning the juror's actual or potential jury service.

LR 47. In the event that the defendant or any person acting on his behalf is contacting trial jurors, they are directed to immediately cease doing so.

In light of the statements made by the government, the motion for order to show cause is granted. The court will hold a show cause hearing on Friday, September 20, 2013, at 10:30 a.m, in courtroom 1, 111 Seventh Avenue SE, Cedar Rapids, Iowa. All counsel involved in this case, are directed to personally appear at the hearing. The defendant shall participate by telephone. Counsel for the defendant is directed to provide

the court with the defendant's contact information by no later than September 18, 2013. At the show cause hearing, counsel for the defendant shall show cause why the defendant should not be held in contempt of court for violating the rules of the court. The court shall consider what steps should be taken to ensure compliance with the court's rules and/or whether sanctions, including a monetary sanction to the court, should be imposed. The court has set aside one hour for the show cause hearing and will receive any evidence and hear any argument that the parties wish to provide the court on the issue of appropriate disposition.

**IT IS SO ORDERED.**

**DATED** this 16th day of September, 2013.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA